MCGREGOR SCOTT
United States Attorney
Matthew Stegman
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793



FILED

JUN 2 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF 11 CASINO CHIPS VALUED AT $45,010, AND $36,800 IN UNITED STATES CURRENCY | NO.  SW 05-0061-LKK<br><br>ORDER EXTENDING FOR SIXTY DAYS THE DEADLINE FOR NOTICE OF ADMINISTRATIVE FORFEITURE PROCEEDINGS<br><br>[UNDER SEAL] |

The United States of America has applied to this court ex parte for an order extending for sixty days the deadline for providing notice of its intent to institute administrative forfeiture proceedings against the above-captioned currency (the "subject currency") pursuant to 18 U.S.C. §983(a)(1)(C) and (D).

Upon consideration of the application and the entire record herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion should be and hereby is GRANTED.  The deadline for giving notice of the government's

///

intent to institute administrative forfeiture proceedings against the subject currency is extended from June 26, 2005 until August 25, 2005.

DATED: June 22, 2005

_____
UNITED STATES DISTRICT JUDGE