1  MCGREGOR SCOTT
   United States Attorney
2  Matthew Stegman
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793



FILED

JUN 2 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF 11 CASINO CHIPS VALUED AT $45,010, AND $36,800 IN UNITED STATES CURRENCY | NO.  SW 05-0061-LKK<br><br>SEALING ORDER<br><br>[UNDER SEAL] |

The United States of America has applied to this court for an Order permitting it to file its ex parte application for extension of notice deadline in the above-entitled proceedings, together with its Memorandum of Points and Authorities and the accompanying certification and declaration, under seal.

/ / /
/ / /
/ / /
/ / /

1

1  Upon consideration of the application and the entire record
2  herein, and good cause appearing therefor,
3      IT IS HEREBY ORDERED that the government's papers in the
4  above-entitled proceedings, including the ex parte application of
5  the United States, the memorandum of points and authorities, the
6  certification of Merri L. Hankins, and Declaration of Thomas
7  Bacon, shall be filed with this court under seal and shall not be
8  disclosed to any person unless otherwise ordered by this court.
9  DATED: June 22, 2005

_____
UNITED STATES DISTRICT JUDGE