1  MCGREGOR SCOTT
   United States Attorney
2  Matthew Stegman
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

   IN THE MATTER OF THE      )   NO.  SW 05-0061-LKK
11 SEIZURE OF 11 CASINO CHIPS )
   VALUED AT $45,010, AND     )   SEALING ORDER
12 $36,800 IN UNITED          )
   STATES CURRENCY            )   **[UNDER SEAL]**
13                            )
                              )
14                            )
                              )
15                            )
                              )
16                            )
                              )
17

18 _____

19         The United States of America has applied to this court

20 for an Order permitting it to file its ex parte application for

21 extension of notice deadline in the above-entitled proceedings,

22 together with its Memorandum of Points and Authorities and the

23 accompanying certification and declaration, under seal.

24 / / /

25 / / /

26 / / /

                              1

Upon consideration of the application and the entire record herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the government's papers in the above-entitled proceedings, including the ex parte application of the United States, the memorandum of points and authorities, the certification of Lawrence D'Orazio, and Declaration of Thomas Bacon, shall be filed with this court under seal and shall not be disclosed to any person unless otherwise ordered by this court.

DATED: August 24, 2005

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE