1  MCGREGOR SCOTT
   United States Attorney
2  Matthew Stegman
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793



FILED

SEP 21 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE COMMUNICATIONS | NO. SW 05-0061-LKK <br><br> EX PARTE MOTION FOR ORDER AUTHORIZING POSTPONEMENT OF SERVING OF INVENTORY <br><br> **UNDER SEAL** |

Pursuant to 18 U.S.C. § 2518(8)(d), the judge issuing an order authorizing interception of wire communication, within a reasonable time not to exceed ninety days from the termination of the period of the order:

    shall cause to be served, on the persons named in the

    order or the application and such other parties to the

    intercepted communications as the judge may determine

    in his discretion that is in the interest of justice,

    an inventory which shall include notice of --

        (1) the facts of the entry of the order or

        the application;

        (2) the date of the entry and the period of

        authorized, approved or disapproved

        interception, or the denial of the
application; and

        (3) the fact that during the period of the wire, oral or electronic communications were or were not intercepted.

The provisions in this subsection also provide that "on an ex parte showing of good cause . . . the serving of the inventory required by this subsection may be postponed."

On June 22, 2005, the United States filed a motion for order authorizing postponement of serving of inventory for an additional ninety (90) days. United States District Judge Frank C. Damrell granted an extension of an additional 90 days, until September 24, 2005, the period within which the government will serve the required inventory.

The United States now moves for an order postponing for a period of ninety (90) additional days, or until December 23, 2005, the period within which the government will serve the required inventory. In support of the motion, I, Matthew Stegman, the Assistant United States Attorney, who supervised the authorized wire and electronic interceptions, represent as follows:

The communications to be intercepted concerned offenses enumerated in 18 U.S.C. Section 2516, to wit, offenses against the United States including: Distribution and Possession of Controlled Substances With Intent to Distribute, to wit: Marijuana and Methylenedioxymethamphetamine (MDMA)(in violation of 21 U.S.C. Section 841(a)(1)); Unlawful Use of a Communication Facility (in violation of 21 U.S.C. Section 843(b)); Conspiracy

to commit and attempts to commit the aforementioned crimes (in violation of 21 U.S.C. Section 846); Money Laundering (in violation of 18 U.S.C. Section 1956). In particular, the wire communications authorized to be intercepted concerned:

(i) the manner, scope and extent that the telephone was being used to commit and facilitate the enumerated offenses;

(ii) the identification of other co-conspirators, and aiders and abettors who are acting in concert with the subjects of this application, including the identity of currently unidentified sources of Marijuana and MDMA;

(iii) the manner in which these individuals used the identified communication device to distribute illicit drugs;

(iv) the dates, times, and places of Marijuana and MDMA deliveries, shipments and payments;

(v) the identification of communication facilities, including other cellular telephones, residential telephones, pay telephones, other digital pagers, and/or business telephones commonly used by the co-conspirators to facilitate illicit drug distribution activities and to commit the other enumerated offenses;

(vi) numeric and other codes used by and among criminal associates and conspirators to identify themselves to each other, the quantities of drugs requested for purchase, and/or the prices for illicit drugs;

(vii) locations where the subjects and conspirators are storing drugs or items taken in connection with their criminal activity;

(viii) identification of assets being acquired by subjects

3

1 and co-conspirators through the illicit sale of drugs and
2 commission of the other enumerated offenses; and
3   (ix) the precise nature and scope of the illegal activities.
4   The following persons are entitled to service of an
5 inventory under the provisions of 18 U.S.C. § 2518(8)(d):

**I. PERSONS NAMED IN THE ORDER**

  1. Di LNU or David LNU, later identified as Tho LE
  2. Khoa Dang PHAM
  3. Thang Quoc BUI
  4. Alfred PACULBA
  5. Chris MARTINEZ
  6. Thi Huong KHUC

**II. OTHER PERSONS WHOSE INTERCEPTED CALLS IMPLICATED THEM IN OFFENSES SPECIFIED IN THE ORDER**

  1. Tung HUYNH
  2. Tri BUI
  3. Nam PHAMTRAN
  4. Michelle LE
  5. Vinh THICH
  6. Chinh TRAN, AKA: "Alex"
  7. Yuen IP, AKA: "Chi Gor"
  8. "Sam" LNU
  9. "Jackie" LNU
  10. "Brother T" or "Tom" LNU

**III. OTHER PERSONS WHOSE INTERCEPTED CALLS IMPLICATED THEM IN OFFENSES NOT SPECIFIED IN THE ORDER**

  None

///
///

4

## IV. OTHER PERSONS WHOSE INTERCEPTED CALLS DID NOT IMPLICATE THEM IN ANY OFFENSE

1. Valerie Yamamoto
2. Robert Alvarado
3. Hoang Nguyen
4. Senh Chong
5. Kirby Johnson
6. Viet BUI
7. Carmen Kong
8. Darryl Fontana
9. Tien Tran
10. FNU LNU #1
11. Su Lee
12. Bao Nguyen
13. Mike Woo
14. Thien Son Nguyen
15. Henry Dade
16. Andrew Cheung
17. Quan Hoang
18. Paula Kem
19. Loc Dau
20. Linda Lee
21. Chow Woonkit
22. FNU LNU #2
23. FNU LNU #3
24. FNU LNU #4
25. FNU LNU #5
26. FNU LNU #6

1  27. FNU LNU #7
2  28. FNU LNU #8
3  29. FNU LNU #9
4  30. FNU LNU #10
5  31. FNU LNU #11
6  32. FNU LNU #12
7  33. FNU LNU #13
8  34. FNU LNU #14
9  35. FNU LNU #15
10 36. FNU LNU #16
11 37. FNU LNU #17
12 38. FNU LNU #18
13 39. FNU LNU #19
14 40. FNU LNU #20
15 41. FNU LNU #21
16 42. FNU LNU #22

The investigation into the drug trafficking activities of persons named as targets in the wire interception authorized by this court order is continuing. No arrests have been made of any of the targets of the wire interceptions authorized by this court. The case agent of this investigation, DEA Special Agent Thomas Bacon, has provided the following information regarding this case. This case is part of an international organization which imports and distributes large amounts of MDMA and Marijuana. Currently, DEA offices in Los Angeles, San Diego, San Jose, Chicago, Atlanta, Houston, Minneapolis, Denver, Dallas, Vancouver and Ottawa Canada have ongoing investigations targeting members of this organization. In addition, Canadian law

1 enforcement officials are cooperating with the DEA investigations
2 and are currently investigating the organization's cells which
3 are located in their jurisdiction.  These investigations include
4 several federal Title-III intercepts and the use of Confidential
5 Sources and Undercover officers.  These Confidential Sources and
6 Undercover Officers are attempting to infiltrate the organization
7 to provide intelligence, information and make controlled
8 purchases of narcotics.  Accordingly, service of the inventory at
9 this time would compromise the ongoing investigation by alerting
10 the targets to the existence of the investigation.  Service of
11 the inventory at this time could seriously jeopardize the safety
12 and well-being of these Confidential Sources and Undercover
13 Officers.  Wherefore, the United States requests that this court
14 postpone until December 23, 2005, the time within which the
15 United States must serve the wire communication inventory
16 required by 18 U.S.C. § 2518(8)(d).
17     The government further requests that the Court enter the
18 proposed order lodged herewith sealing these proceedings,
19 including this Motion and Order, until further order of the
20 court.
21 Dated: September 16, 2005            McGREGOR W. SCOTT
                                        United States Attorney
22
23                                  By: /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
24                                      Assistant U.S. Attorney
25 ///
26 ///
27 ///
28 ///

7

**ORDER**

The United States has represented that there exists an ongoing investigation into the MDMA and Marijuana trafficking activity that was the subject of the wire interception order authorized in this district. The government has further represented that service of the inventory required by 18 U.S.C. § 2518(8)(d) would compromise the ongoing investigation by disclosing its existence. Therefore, IT IS HEREBY ORDERED that the time within which the United States shall be required to serve the wire communication inventory shall be postponed until December 23, 2005.

Dated: September 19, 2005

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE

8