

MCGREGOR SCOTT
United States Attorney
Matthew Stegman
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

FILED

OCT 2 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE ) NO.  SW 05-0061-LKK
OF 11 CASINO CHIPS VALUED AT  )
$45,010, AND $36,800 IN UNITED) ORDER EXTENDING FOR SIXTY DAYS
STATES CURRENCY               ) THE DEADLINE FOR NOTICE OF
                              ) ADMINISTRATIVE FORFEITURE
                              ) PROCEEDINGS
                              )
                              ) [UNDER SEAL]
                              )
                              )
                              )
                              )
                              )

The United States of America has applied to this court ex parte for an order extending for sixty days the deadline for providing notice of its intent to institute administrative forfeiture proceedings against the above-captioned currency (the "subject currency") pursuant to 18 U.S.C. §983(a)(1)(C) and (D).

Upon consideration of the application and the entire record herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion should be and hereby is GRANTED.  The deadline for giving notice of the government's

///

1

1 | intent to institute administrative forfeiture proceedings against
2 | the subject currency is extended from October 24, 2005, to
3 | December 23, 2005.
4 | DATED: October 20 2005

_____
UNITED STATES DISTRICT JUDGE