1  MCGREGOR SCOTT
   United States Attorney
2  Matthew Stegman
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793

**FILED**

OCT 2 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEIZURE  )   NO.   SW 05-0061-LKK
   | OF 11 CASINO CHIPS VALUED AT  )
12 | $45,010, AND $36,800 IN UNITED)   SEALING ORDER
   | STATES CURRENCY               )
13 |                               )   [UNDER SEAL]
   |                               )
14 |                               )
   |                               )
15 |                               )
   |                               )
16 |                               )
   |                               )
17 |_____)

18

19        The United States of America has applied to this court

20 for an Order permitting it to file its ex parte application for

21 extension of notice deadline in the above-entitled proceedings,

22 together with its Memorandum of Points and Authorities and the

23 accompanying certification and declaration, under seal.

24 / / /

25 / / /

26 / / /

27 / / /

28

                                  1

1 | Upon consideration of the application and the entire record
2 | herein, and good cause appearing therefor,

3 |    IT IS HEREBY ORDERED that the government's papers in the
4 | above-entitled proceedings, including the ex parte application of
5 | the United States, the memorandum of points and authorities, the
6 | certification of Douglas A. Kash, and Declaration of Thomas
7 | Bacon, shall be filed with this court under seal and shall not be
8 | disclosed to any person unless otherwise ordered by this court.

9 | DATED: October 2️0️, 2005

11 |                           UNITED STATES DISTRICT JUDGE

2