1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2700



FILED

FEB 0 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE COMMUNICATIONS | SW 05-0061 LKK<br><br>MOTION TO UNSEAL AND [PROPOSED] ORDER |

On March 7, 2005, and on additional dates thereafter, this Court ordered that the documents filed in the above-referenced case be filed under seal until further order of this Court. Wire communications were intercepted pursuant to the Court's order from March 9 to March 28, 2005.

On December 15, 2005, an indictment was filed charging individuals involved in this investigation in the following case: United States v. Tho Le, et al., No. Cr. S. 05-542 GEB.

The United States hereby requests that this Court authorize it to provide as discovery to defense counsel in the indicated case copies of the applications for orders authorizing the interception of wire communications, supporting affidavits, orders authorizing the interception of wire communications, orders to service providers, instructions for electronic

1

surveillance, periodic reports to the Court, ex parte motions for order authorizing postponement of serving of inventory, orders extending postponement of serving of inventory, ex parte applications for orders extending the notice periods, orders extending the notice periods, and associated sealing orders.

Dated: February 2, 2006         Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

_____
MATTHEW C. STEGMAN
Assistant U.S. Attorney

### ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion to Unseal is GRANTED.

Dated: 2/3 , 2006

_____
HONORABLE LAWRENCE K. KARLTON
United States District Judge

2