```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12                Plaintiff,
13         v.                              SW-05-00061 LKK
14  (916)838-4818,
15                Defendant.
                                    /
16  UNITED STATES OF AMERICA,
17                Plaintiff,
18         v.                              CR. NO. S-05-542 GEB
19  THO LE,
    TUNG HUYNH,
20  TRI BUI,
    MICHELLE LE,
21  NAM PHAM TRAN, and
    THANG BUI,
22                                         NON-RELATED CASE ORDER
                  Defendants.
23                                  /
```

    The court has discussed the notice of related cases with Judge Burrell.  We have determined not to relate the cases.

////

1  IT IS SO ORDERED.

2  DATED:  March 4, 2008.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2