

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE DESTRUCTION OF INTERCEPTED WIRE, ORAL, AND/OR ELECTRONIC COMMUNICATIONS | CASE NO. 2:05-SW-00061 LKK<br><br>ORDER AUTHORIZING THE DESTRUCTION OF INTERCEPTED WIRE, ORAL, AND/OR ELECTRONIC COMMUNICATIONS |

Application under penalty of perjury having been made before me by Assistant United States Attorney Timothy H. Delgado, an "investigative or law enforcement officer" as defined in 18 U.S.C. § 2510(7) and an "attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure, for an order authorizing the destruction of intercepted wire, oral, and/or electronic communications, intercepted pursuant to 18 U.S.C. § 2510 *et seq.*, and full consideration having been given to the matters set forth herein, the Court finds:

On March 8, 2005, the Honorable Lawrence K. Karlton of the Eastern District of California issued an Order authorizing the interception of wire, oral, and/or electronic communications of Tho Le, over telephone number (916) 838-4818. Judge Karlton's Order authorized interception of communications over this number between March 9, 2005, and April 8, 2005, in connection with suspected violations of Title 21 of the United States Code, Sections 841(a)(1), 843(b), 846, and 952(a), and Title 18 of the United States Code, Section 1956. Conversations were intercepted and recorded from this telephone number from March 8, 2005 to March 28, 2005.

All original recordings were sealed by Order of this Court on March 30, 2005. These recordings were unsealed ten months later, on February 3, 2006, when the Court granted the government's motion to unseal the case.

The intercepted communications were subsequently used in the prosecution of Tho Le and others in *United States v .Tho Le, et al.*, 2:05-cr-00542-GEB (E.D. Cal.).

///

1 | Ten years have elapsed from the time the tapes were sealed on March 30, 2005, under 18 U.S.C.
2 | § 2518(8)(a), and then unsealed, and there appearing to be no further need for their retention,
3 |     IT IS HEREBY ORDERED that the above-described intercepted wire, oral, and/or electronic
4 | communications shall be destroyed by the Clerk of the Court for the U.S. District Court for the Eastern
5 | District of California, the lawful custodian designated by the issuing judge.

Date: __6/6__, 2016

_____
Hon. KIMBERLY J. MUELLER
United States Magistrate Judge

2